

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEB/HDM
F. #2016R00695

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 17, 2020

<u>By ECF and Email</u>

The Honorable William F. Kuntz, II
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    <u>United States v. Surjan Singh</u>
                 <u>Criminal Docket No. 18-681 (S-1) (WFK)</u>

Dear Judge Kuntz:

        We are writing to the Court regarding a bail variance requested by the defendant Surjan Singh.  One of the defendant's conditions of release requires him to report to his defense counsel's offices in London, United Kingdom, on a weekly basis.  The defendant requests that specific condition of release be suspended through September 1, 2020 in light of the COVID-19 outbreak and the health risks to the defendant and his family.  No other conditions of the defendant's release would be modified.  The government consents to this temporary modification of the defendant's release conditions.  The defendant informs the government that Pretrial Services consents as well.

                                          Respectfully submitted,

                                          RICHARD P. DONOGHUE
                                          United States Attorney

                      By:        /s/
                                          Mark E. Bini
                                          Hiral D. Mehta
                                          Assistant U.S. Attorneys
                                          (718) 254-8761 (Bini)

cc:    Paul C. Rauser, Aegis Law Group LLP (via email)
       Thomas E. Shakow, Aegis Law Group LLP (via email)
       Robert Long III, U.S. Pretrial Services Officer (via email)