**ægis law group LLP**

September 14, 2020

<u>By ECF and Electronic mail</u>

The Honorable William F. Kuntz, II
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Surjan Singh
            <u>Criminal Docket No. 18-681 (S-1) (WFK)</u>

Dear Judge Kuntz:

      We are writing to the Court to request a continued bail variance on behalf of Mr. Surjan Singh. One of the Mr. Singh's original conditions of release – suspended until this month because of COVID-19-related health concerns – required him to report to his defense counsel's offices in London, United Kingdom, on a weekly basis. Mr. Singh requests that this specific condition of release be suspended through December 31, 2020 in light of the continued COVID-19 outbreak in the United Kingdom and the associated health risks to the defendant and his family. No other conditions of the defendant's release would be modified. Both Pretrial Services and the government consent to this continued modification of the defendant's release conditions.

      Respectfully submitted,

      Paul C. Rauser

Market Square West – Suite 740
801 Pennsylvania Avenue, N.W.
Washington, DC 20004
T 202 737 3500
F 202 737 3330
www.aegislawgroup.com